IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| Plaintiff, | | **8:25CR16** |
| v. | | |
| LATRELL KNIGHT and DALE JACKSON, | | **ORDER** |
| Defendants. | | |

This matter is before the Court on defendant Latrell Knight's Unopposed Motion to Continue Trial (Filing No. 37). Counsel needs additional time review discovery. The government has no objection to the continuance. Counsel for the co-defendant, Dale Jackson, has informed the court he has no objection to the continuance. For good cause shown,

IT IS ORDERED that the Unopposed Motion to Continue Trial (Filing No. 37) is granted as follows:

1. The jury trial, **for both defendants**, now set for April 7, 2025, is continued to **June 23, 2025.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and June 23, 2025**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

Dated this 17th day of March 2025.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge