IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>LATRELL KNIGHT,<br><br>　　　　　　Defendant. | 8:25CR16<br><br>PRELIMINARY ORDER<br>OF FORFEITURE |

This matter is before the Court on the government's Motion for Preliminary Order of Forfeiture (Filing No. 53). The Court has carefully reviewed the record in this case and finds as follows:

1. On July 3, 2025, defendant Latrell Knight ("Knight") pleaded guilty to Counts I, IV, and V of the Indictment (Filing No. 1) and admitted the Forfeiture Allegation. Count I charged Knight with conspiracy to distribute 500 grams or more of fentanyl analogue, in violation of 21 U.S.C. § 846; Count IV of the Indictment charged Knight with distribution of a detectable amount of fentanyl analogue; in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1); and Count V of the Indictment charged that Knight did knowingly use and carry a firearm and did knowingly possess such firearm in furtherance of a drug-trafficking crime as described in Counts I and IV; in violation of 18 U.S.C. § 924(c)(1)(A).

2. The Forfeiture Allegation sought forfeiture, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), of any firearms, ammunition, and any and all optics, attachments, and accessories involved in the commission of the offenses, which include but is not limited to:

- Diamondback DB9 9mm handgun;

- Handgun magazine and 5 live rounds (head stamped 2x Blazer 9mm Luger, 3x CBC 9mm Luger) from the Diamondback DB9;
- Glock Model 17 (9mm);
- Magazine from the Glock Model 17 (9mm); and
- 15 live rounds from the Magazine from the Glock Model 17 (9mm).

3. Based on the Knight's guilty plea and admission, Knight forfeits his interest in the Diamondback DB9 9mm handgun; a handgun magazine and 5 live rounds (head stamped 2x Blazer 9mm Luger, 3x CBC 9mm Luger) from the Diamondback DB9; a Glock Model 17 (9mm); a magazine from the Glock Model 17 (9mm); 15 live rounds from the Magazine from the Glock Model 17 (9mm); and any other firearms, ammunition, and any and all optics, attachments, and accessories involved in the offenses, and the government is entitled to possession of any interest Knight has in the property pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

4. The government's Motion for Preliminary Order of Forfeiture is granted.

IT IS ORDERED:

1. The government's Motion for Preliminary Order of Forfeiture (Filing No. 53) is granted.

2. Based upon the Forfeiture Allegation of the Indictment (Filing No. 1) and Knight's guilty plea and admission, the government is hereby authorized to seize the Diamondback DB9 9mm handgun; a handgun magazine and 5 live rounds (head stamped 2x Blazer 9mm Luger, 3x CBC 9mm Luger) from the Diamondback DB9; a Glock Model 17 (9mm); a magazine from the Glock Model 17 (9mm); 15 live rounds from the Magazine from the Glock Model 17 (9mm); and any other firearms, ammunition, and any and all optics, attachments, and accessories involved in the commission of the offenses.

3. Knight's interest in the Diamondback DB9 9mm handgun; a handgun magazine and 5 live rounds (head stamped 2x Blazer 9mm Luger, 3x CBC

9mm Luger) from the Diamondback DB9; a Glock Model 17 (9mm); a magazine from the Glock Model 17 (9mm); 15 live rounds from the Magazine from the Glock Model 17 (9mm); and any other firearms, ammunition, and any and all optics, attachments, and accessories involved in the commission of the offenses are hereby forfeited to the government for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n)(1).

4. The Diamondback DB9 9mm handgun; a handgun magazine and 5 live rounds (head stamped 2x Blazer 9mm Luger, 3x CBC 9mm Luger) from the Diamondback DB9; a Glock Model 17 (9mm); a magazine from the Glock Model 17 (9mm); 15 live rounds from the Magazine from the Glock Model 17 (9mm); and any other firearms, ammunition, and any and all optics, attachments, and accessories involved in the commission of the offenses are to be held by the government in its secure custody and control.

5. Pursuant to 21 U.S.C. § 853(n)(1), the government shall publish for at least thirty consecutive days on an official internet government forfeiture site, www.forfeiture.gov, notice of this Preliminary Order of Forfeiture, notice of publication evidencing the government's intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person, other than Knight, having or claiming a legal interest in the property must file a Petition with the Court within thirty days of the final publication of notice or of receipt of actual notice, whichever is earlier.

6. The published notice shall state the Petition referred to in Paragraph 5, above, shall be for a hearing to adjudicate the validity of the Petitioner's interest in the Diamondback DB9 9mm handgun; a handgun magazine and 5 live rounds (head stamped 2x Blazer 9mm Luger, 3x CBC 9mm Luger) from the Diamondback DB9; a Glock Model 17 (9mm); a magazine from the Glock Model 17 (9mm); 15 live rounds from the Magazine from the Glock Model 17 (9mm); and any other firearms, ammunition, and any and all optics, attachments, and accessories involved in the commission of the offenses, shall be signed by the Petitioner under penalty of perjury, and shall set forth the nature and extent of the Petitioner's right, title, or interest in the property and any additional facts supporting the Petitioner's claim and the relief sought.

7. The government may also, to the extent practicable, provide direct written notice to any person known to have an interest in the property as a substitute for published notice as to those persons so notified.

8.   Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

Dated this 14th day of July 2025.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge