IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>LATRELL KNIGHT,<br><br>        Defendant. | 8:25CR16<br><br>**FINAL ORDER<br>OF FORFEITURE** |

This matter is before the Court upon the government's Motion for Final Order of Forfeiture (Filing No. 65). The Court has reviewed the record in this case and finds as follows:

1. On July 14, 2025, the Court entered a Preliminary Order of Forfeiture (Filing No. 54) forfeiting Latrell Knight's interest in any firearms, ammunition, and any and all optics, attachments, and accessories involved in the commission of the offenses, which include but is not limited to:

- Diamondback DB9 9mm handgun;
- Handgun magazine and 5 live rounds (head stamped 2x Blazer 9mm Luger, 3x CBC 9mm Luger) from the Diamondback DB9;
- Glock Model 17 (9mm);
- Magazine from the Glock Model 17 (9mm); and
- 15 live rounds from the Magazine from the Glock Model 17 (9mm)

2. Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on July 18, 2025, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication was filed herein on September 19, 2025 (Filing No. 64).

3. The government has advised the Court that no petitions have been filed. A review of the record supports that assertion.

4. The government's Motion for Final Order of Forfeiture should be granted.

In light of the foregoing,

IT IS ORDERED:

1. The government's Motion for Final Order of Forfeiture (Filing No. 65) is granted.

2. All right, title and interest in and to the Diamondback DB9 9mm handgun; a handgun magazine and 5 live rounds (head stamped 2x Blazer 9mm Luger, 3x CBC 9mm Luger) from the Diamondback DB9; a Glock Model 17 (9mm); a magazine from the Glock Model 17 (9mm); 15 live rounds from the Magazine from the Glock Model 17 (9mm); and any other firearms, ammunition, and any and all optics, attachments, and accessories involved in the offenses, held by any person or entity are forever barred and foreclosed.

3. The Diamondback DB9 9mm handgun; a handgun magazine and 5 live rounds (head stamped 2x Blazer 9mm Luger, 3x CBC 9mm Luger) from the Diamondback DB9; a Glock Model 17 (9mm); a magazine from the Glock Model 17 (9mm); 15 live rounds from the Magazine from the Glock Model 17 (9mm); and any other firearms, ammunition, and any and all optics, attachments, and accessories involved in the offenses are forfeited to the government.

4. The government is directed to dispose of the Diamondback DB9 9mm handgun; a handgun magazine and 5 live rounds (head stamped 2x Blazer 9mm Luger, 3x CBC 9mm Luger) from the Diamondback DB9; a Glock Model 17 (9mm); a magazine from the Glock Model 17 (9mm); 15 live rounds from the Magazine from the Glock Model 17 (9mm); and any other firearms, ammunition, and any and all optics, attachments, and accessories involved in the offenses in accordance with law.

Dated this 26th day of September 2025.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Court Judge