IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>LATRELL KNIGHT,<br><br>                Defendant. | 8:25CR16<br><br>ORDER |

Before the Court is non-party Dakota Potter's Request for Transcript (Filing No. 76) of the sentencing hearing held September 25, 2025.

IT IS ORDERED:

1. The Request for Transcript (Filing No. 76) is granted.
2. The Clerk's Office is directed to mail a copy of this order to Dakota Potter at 5152 S. 77th Avenue, Ralston, Nebraska 68127.
3. Court reporter Sue DeVetter is directed to advise Dakota Potter of the cost to obtain the transcript. Dakota Potter will be responsible for that transcript cost.

Dated this 6th day of January 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge